**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TROY MATTOS; JAYZEL MATTOS,
        *Plaintiffs-Appellees,*

v.

DARREN AGARANO; RYAN AIKALA;
STUART KUNIOKA; HALAYUDHA
MACKNIGHT,
        *Defendants-Appellants,*

and

MAUI COUNTY,
        *Defendant.*

No. 08-15567

D.C. No.
07-CV-00220-DAE

ORDER

Filed October 4, 2010

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.